UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FLORIO & KENNY, L.L.P.
100 Hudson Street
P.O. Box 771
Hoboken, New Jersey 07030
(201) 659-8011
Attorneys for Defendant, SGT. MICHAEL COSTELLO

| | |
|---|---|
| JAIME FIGUEROA, | :UNITED STATES DISTRICT COURT<br>:DISTRICT OF NEW JERSEY<br>:CIVIL ACTION NO.: 2:07-cv-4579 |
| Plaintiff(s), | : CIVIL ACTION |
| vs. | : ORDER |
| CITY OF HOBOKEN, THE HOBOKEN POLICE DEPARTMENT, SGT. MICHAEL COSTELLO, DENNIS FIGUEROA, JOHN DOE, Defendants: 1-10, Fictitious Persons | : |

This matter having been brought before the court on motion of Florio & Kenny, L.L.P., attorneys for the Defendant, SGT. MICHAEL COSTELLO, and the Court having considered the matter, *for reasons set forth on the record* and opposition thereto, if any, and/good cause appearing;

IT IS on this ___9___ day of __March__, 2010;

ORDERED that the Motion of DEFENDANT, SGT. MICHAEL COSTELLO, *to enforce settlement* is hereby GRANTED; and it is

FURTHER ORDERED that the within matter is hereby marked "settled" in the amount of $7,500.00; and it is

FURTHER ORDERED that all claims against DEFENDANT, SGT. MICHAEL COSTELLO, are hereby dismissed with prejudice; and it is

**FURTHER ORDERED** that a copy of the within Order shall be served upon all parties within seven (7) days of the date hereof.

*Further Ordered that a settlement check in the amount of $7,500 shall be made payable to Jaime Figueroa and Stephen Schuster, Esq, his attorney, within 14 days.   Peter McMendam, USDJ*

_____
U.S.M.J.

DATED:

{00274037}                                    2